■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASHAN T. KNOX, Appellant. [963 NYS2d 597]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Forman, J.), rendered April 3, 2012, convicting him of criminal possession of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Angiolillo, J.P., Balkin, Austin and Miller, JJ., concur.